# First District Court of Appeal
## State of Florida

_____

No. 1D18-4086

_____

ROMEO WARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

November 15, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROWE, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Romeo Ward, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.